4

155 A.3d 891

**GREENWOOD, Terence O.**

v.

**STATE of Maryland**

**Pet. Docket No. 535, Sept. Term, 2016**

Court of Appeals of Maryland.

March 3, 2017

Opinion of the Court of Special Appeals unreported (No. 1603, Sept. Term, 2015).

Petition for writ of certiorari denied

155 A.3d 891

**GREEN, John W., III**

v.

**STATE of Maryland**

**Pet. Docket No. 565, Sept. Term, 2016**

Court of Appeals of Maryland.

March 27, 2017

Reported below: 230 Md.App. 53, 149 A.3d 1159.

Petition for writ of certiorari granted